V. VIVAUDOU, INC., Respondent, v. ABRAHAM MEYERS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HENRIETTA L. GANT, Respondent, v. CUTTING, LARSON COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARIE MAGDO, Respondent, v. EUGENIE VON CHORUS, Doing Business under the Style of " EUGENIE," Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE FLEGEN-HEIMER, Appellant, v. JOHN P. LEO and Others, Constituting the Board of Appeals of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GARRETT KELLY, Respondent, v. FRANCIS DYKES and Others, Personally and as Trustees, etc., Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, on the ground that the finding of the jury that the defendant was negligent is against the weight of the evidence, inasmuch as the plaintiff failed to prove the custom ordinarily followed requiring the lashing of planks independently to the pier in question. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Laughlin, J., dissented.

FREDERICK KERR, Appellant, v. FREDERICK T. TAGLIAVIA, Respondent. — Judgment affirmed on opinion of Hotchkiss, J., at Trial Term. (Reported in 101 Misc. Rep. 614.) Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of MARY J. GETHINS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

D. L. FINEMAN v. BERNARD H. ARBUS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

OTIS ELEVATOR COMPANY v. PROGRESS CLUB OF THE CITY OF NEW YORK and Others.— Motion to dismiss appeal denied, with ten dollars costs, on the ground of unreasonable refusal of respondent to agree upon the exhibits to be printed. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of CHARLES A. TYRRELL, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AUGUST NOETAL.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.